UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKORDOS, JEANINE | ) | CASE NO. 09-11750 |
| SKORDOS, MICHAEL | ) | CHAPTER 7 |
| Debtors | ) | |

**NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00**

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| National City Bank | $4.68 |
| Target National Bank | $0.57 |
| Indiana surgical specialists | $3.38 |
| FIA Card Services aka Bank of America | $4.66 |
| Sallie Mae Inc. | $2.83 |
| Ft. Wayne Med Lab | $0.06 |
| Pathology & Forensic | $0.24 |
| Summit Radiology | $0.80 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $17.22 for the use and benefit of the parties set forth herein.

Submitted this 16 day of March, 2011.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 16 day of March, 2011 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
National city Bank, PO Box 94982, Cleveland, OH 44101
Target National Bank, 2001 Western Avenue, Ste 400, Seattle, WA 98121
Indiana Surgical Specialist, 912 South Calhoun St., Fort Wayne, IN 46802
FIA Card Services aka Bank of America, PO Box 3001, Malvern, PA 19355-0701
Sallie Mae Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes-Barre, PA 18773-9430
Snow & Sauerteig, 203 E Berry St., Ste. 1310, Fort Wayne, IN 46802

/s/ Angela R. Lee
Angela R. Lee